# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SUMITOMO REALTY & DEVELOPMENT CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> TERUKO KAMADA PROCTOR, <br><br> Defendant. | 2:19-cv-01899-GMN-VCF <br> **ORDER** |

Before the court is *Sumitomo Realty & Development Co., Ltd. v. Teruko Kamada Proctor*, case no. 2:19-cv-01899-GMN-VCF.

A status check was scheduled for 10:00 AM, July 6, 2020. (ECF No. 13). The motion to dismiss is still pending.

Accordingly,

IT IS HEREBY ORDERED that the status check scheduled for 10:00 AM, July 6, 2020, is VACATED, and RESCHEDULED to a telephonic status check at 10:00 AM, December 21, 2020.

The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

DATED this 25th day of June, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE