Paras B. Barnett, Esq.
Nevada Bar No. 007986
BARNETT & ASSOCIATES
3993 Howard Hughes Parkway, Suite 780
Las Vegas, Nevada 89169
Tel: (702) 487-7422
Fax: (800) 634-0607
Email: pbb@pbarnettlaw.com
*Attorneys for Plaintiff Sumitomo Realty*
*& Development Co., Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SUMITOMO REALTY & DEVELOPMENT CO., LTD., a Japanese corporation<br><br>Plaintiff,<br><br>v.<br><br>TERUKO KAMADA PROCTOR, an individual,<br><br>Defendant. | Case No.: 2:19-CV-01899-GMN-VCF<br><br>**STIPULATION AND ORDER SUBSTITUTING SUSAN HOY AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DEFENDANT TERUKO KAMADA PROCTOR PURSUANT TO FED. R. CIV. P. 25(a)(1)** |

Plaintiff SUMITOMO REALTY & DEVELOPMENT CO., LTD., by and through Paras B. Barnett, Esq., of Barnett & Associates as Plaintiff's counsel of record, Defendant TERUKO KAMADA PROCTOR, by and through her attorney of record, Steven H. Burke, Esq. of the Law Office of Steven H. Burke, and SUSAN HOY AS PERSONAL REPRESENTATIVE OF THE ESTATE OF TERUKO KAMADA PROCTOR, by and through Kim Boyer of Boyer Law Group, hereby agree and stipulate to substitute Susan Hoy, Personal Representative of the Estate of Teruko Kamada Proctor, in place of Defendant in this action. This Stipulation is made in accordance with LR 7-1 and LR IA 6-2. Such substitution will effect compliance with Fed. R. Civ. P. 25(a)(1) governing the continuation of proceedings upon the death of a party, substituting the decedent's estate as the proper defendant in this action.

///

1  Dated this 6th day of August, 2021.

2

3  **LAW OFFICE OF STEVEN H. BURKE**          **BARNETT & ASSOCIATES**

4  By: __/s/ Steven H. Burke, Esq.__           By: __/s/ Paras B. Barnett, Esq.__
   STEVEN H. BURKE, ESQ.                        PARAS B. BARNETT, ESQ
5  Nevada Bar No.: 14037                        Nevada Bar No. 007986
   9205 W. Russell Rd., Ste. 240                3993 Howard Hughes Parkway, Suite 780
6  Las Vegas, Nevada 89148                      Las Vegas, Nevada 89169
   T: 702-793-4369 | F: 702-793-4301            Tel:(702) 487-7422
7  Email: stevenburkelaw@gmail.com              Fax:(800) 634-0607
   *Attorney for Defendant Teruko Kamada*       Email: pbb@pbarnettlaw.com
8  *Proctor*                                    *Attorneys for Plaintiff Sumitomo Realty*
                                                *& Development Co., Ltd.*
9

10 **BOYER LAW GROUP**

11 By: __/s/ Kim Boyer, Esq.__
   KIM BOYER, ESQ.
12 Nevada Bar No.: 5587
   10785 W. Train Avenue, Suite 210
13 Las Vegas, Nevada 89135
   Tel: (702) 255-2000
14 Fax: (702) 255-2012
15 *Attorney for Ms. Susan Hoy as the
   Personal Representative of the
16 Estate of Teruko Kamada Proctor*

17

18                                              IT IS SO ORDERED:
19
20                                              _____
21                                              CAM FERENBACH
                                                UNITED STATES MAGISTRATE JUDGE
22
                                                DATED:  __8-6-2021_____
23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing **STIPULATION AND ORDER SUBSTITUTING SUSAN HOY AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DEFENDANT TERUKO KAMADA PROCTOR PURSUANT TO FED. R. CIV. P. 25(a)(1)** was made on this 6th day of August, 2021, via the Court's CM/ECF system to all parties and counsel appearing in this case.

By: /s/ Paras B. Barnett, Esq.
PARAS B. BARNETT, ESQ