UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SUMITOMO REALTY & DEVELOPMENT CO., LTD., a Japanese corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>TERUKO KAMADA PROCTOR, an individual,<br><br>            Defendant. | 2:19-cv-01899-GMN-VCF<br>**ORDER** |

Before the Court is Plaintiff Sumitomo Realty & Development Co., LTD.'s Motion to Extend Stay of Proceedings (ECF NO. 33).

Plaintiff requests the court to extend the stay of proceedings an additional 60 days to allow the parties time to obtain a certified copy of her death certificate, file a suggestion of death, and comply with Federal Rule of Civil Procedure 25 to substitute Defendant's representative as a party in this action.

On August 6, 2021, the Court granted the parties' Stipulation and Order Substituting Susan Hoy as Personal Representative of the Estate of Defendant Teruko Kamada Proctor (ECF No. 35).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff Sumitomo Realty & Development Co., LTD.'s Motion to Extend Stay of Proceedings (ECF NO. 33) is DENIED as moot.

DATED this 25th day of August, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE