**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUMITOMO REALTY & DEVELOPMENT CO., LTD, <br><br>                       Plaintiff, <br><br>    vs. <br><br> TEKURO KAMADA PROCTOR, *et al.*, <br><br>                       Defendants. | Case No.: 2:19-cv-01899-GMN-VCF <br><br> **ORDER** |

Pending before the Court is the Report and Recommendation, (ECF No. 54), of United States Magistrate Judge Cam Ferenbach, which recommends granting Plaintiff Sumitomo Realty & Development Co., Ltd.'s ("Plaintiff's") Motion for Attorney's Fees, (ECF No. 46), and denying Defendants Tekuro Kamada Proctor and Susan Hoy's ("Defendants'") Objection to the Bill of Costs, (ECF No. 47).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

1  Here, no objections were filed, and the deadline to do so has passed. (See Min. Order,
2  ECF No. 54) (setting a July 7, 2022, deadline for objections).
3  Accordingly,
4  **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 54), is
5  **ADOPTED in full**.
6  **IT IS FURTHER ORDERED** that the Motion for Attorney's Fees, (ECF No. 46), is
7  **GRANTED**.
8  **IT IS FURTHER ORDERED** that Defendant's Objection to Bill of Costs, (ECF No.
9  47), is accordingly **DENIED**.
10  **IT IS FURTHER ORDERED** that the Clerk of Court enter an Amended Judgment in
11  favor of Plaintiff and against Defendant, and that Defendant be liable for the judgment amount
12  of $810,942.40, attorney's fees in the amount of $172,318.50, and costs in the amount of
13  $6,838.60, totaling $990,099.50**.**
14  Dated this  12  day of July, 2022.

_____
Gloria M. Navarro, District Judge
United States District Court