AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Sumitomo Realty & Development Co., Ltd.,
                Plaintiff,
   v.

TEKURO KAMADA PROCTOR, et al.,

                Defendants.

Amened Judgment on Attorney fees

Case Number: 2:19-cv-01899-GMN-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered favor of Plaintiff and against Defendant, and that Defendant be liable for the judgment amount of $810,942.40, attorney's fees in the amount of $172,318.50, and costs in the amount of $6,838.60, totaling $990,099.50.

07/14/2022
Date

DEBRA K. KEMPI
Clerk

/s/ L. Ortiz
Deputy Clerk